**Order issued May 6, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00193-CV

_____

**PETER PRATT AND VICTOR ELGOHARY, Appellants**

**V.**

**HERRERA PARTNERS, L.P., HERRERA PARTNERS, G. A. HERRERA & CO., LLC, AND GILBERT A. HERRERA, Appellees**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2010-40476**

---

### MEMORANDUM ORDER

Appellee and cross-appellant, Herrera Partners, has filed a motion to dismiss its cross-appeal. No opinion has issued and no party has filed a response to the motion. *See* TEX. R. APP. P. 10.1(b), 10.3. Accordingly, we grant the motion and

dismiss the cross-appeal. *See* TEX. R. APP. P. 42.1(a)(1). The appeal by Victor Elgohary and Peter Pratt remains pending.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.